# COURTROOM MINUTES

**United States District Court
Southern District of Texas
FILED**

MAR 1 5 2004

**Michael N. Milby
Clerk of Court**

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:      M Garcia
ERO:        B Vasquez
Law Clerk:  M Knicley
CSO:        Figueroa

Date:       March 15, 2004 at 2:11 p.m.

## CV NO. B-03-195 (HGT)

| | | |
|---|---|---|
| DIRECTV, INC. | * | L Chaney |
| vs | | |
| ALFREDO LOZANO | * | R Adobbati |

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

L Chaney present for Plaintiff;
R Adobbati present for defendant;

Counsel execute a Form 636 in open Court;

Counsel agree to set Final Pretrial for 10/05/04 and Jury Selection On 10/07/04; Scheduling order to be sent out to all parties;

Court adjourned.