===============================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
===============================================================

| | | |
|---|---|---|
| DIRECTV, INC. | * | United States District Court<br>Southern District of Texas<br>ENTERED<br>MAR 1 7 2004<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| VS | * C.A. NO. B-03-195 | |
| ALFREDO LOZANO | * | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Direct V | 3-15-04 |
| [signature] | Alfredo Lozano | 3/15/04 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

3/15/04
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.