**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. CIV. B-03-195** |
| | § | |
| **ALFREDO LOZANO** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

On this the _22nd_ day of March, 2004, Plaintiff's Motion for Leave to File

Amended Complaint has come before the Court.   The Court, having considered this Motion

determines that it is meritorious and therefore,  allows the filing of Plaintiff's Amended

Complaint.

IT IS THEREFORE ORDERED, ADJUDGED & DECREED that Plaintiff's Motion for

Leave to File its First Amended Complaint is in all things GRANTED.

Signed this _22nd_ day of March, 2004 in Brownsville, Texas.

_____

**Felix  Recio**
PRESIDING JUDGE