15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-03-195 |
| | § | (636(c)) |
| ALFREDO LOZANO, | § | |
|    Defendant. | § | |

## ORDER

The docket sheet for the above-referenced cause of action shows that the Defendant's Motion to Dismiss (Docket No. 8) is currently pending. On March 22, 2004, this Court granted the Plaintiff's Motion for Leave to File an Amended Complaint. The Plaintiff's new complaint does not include the count Defendant is seeking to challenge in his motion to dismiss. Therefore, the Defendant's Motion to Dismiss (Docket No. 8) is hereby MOOTED.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 24th day of March, 2004.

Felix Recio
United States Magistrate Judge