17

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Divi**

United States District Court
Southern District of Texas
FILED

SEP 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knisely |
| Interpreter | : | not needed |
| Date | : | **September 1, 2004 at 2:35 pm** |

--------------------------------------------------------------------------------

**CIVIL CASE NO. B-03-195**

**DIRECTV, INC.**                    *                    Lecia Chaney

**vs**                               *

Alfredo Lozano                       *
--------------------------------------------------------------------------------

### F I N A L   P R E T R I A L

Lecia Chaney present for Plaintiff;
Counsel states a settlement does exist in this case and requests a Status Hearing be
set for 09/13/04 at 2:00 a.m., in the event the paperwork is not on file;


Court adjourned.