COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Canet |
| Law Clerk | : | J Scott |
| Interpreter | : | not needed |
| Date | : | **September 13, 2004 at 2:05 pm** |

United States District Court
Southern District of Texas
FILED

SEP 13 2004

Michael N. Milby, Clerk of Court

---

CIVIL CASE NO. B-03-195

DIRECTV, INC.                    *          Lecia Chaney

vs                               *

Alfredo Lozano                   *          R Adobbati

---

### S T A T U S   C O N F E R E N C E

Lecia Chaney present for Plaintiff;
R Adobbati present for the defendant;

L Chaney states a settlement had been announced in this case, but complications have arisen; 2nd offer has been extended to the defendant;

The Court will leave the dates as are;

Court adjourned.